IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| JOSEPH WILLIAM S SCHENKENFELDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLITZ, U.S.A., INC., )<br>)<br>Defendant. ) | No. 3:06-CV-452<br>(PHILLIPS/SHIRLEY) |

## **MEMORANDUM AND ORDER**

The parties came before the undersigned on November 7, 2007, for a telephone conference concerning a discovery dispute pursuant to the Scheduling Order [Doc. 29 at ¶4(i)] of the Honorable Thomas W. Phillips, United States District Judge. The plaintiff was represented by attorney Hank Anderson, while defendant Blitz, U.S.A., Inc. was represented by attorneys Scott Murphy and Linda Hamilton Mowles. During the hearing, the Court determined that further action by the parties was needed before the filing of a formal motion would be appropriate. Accordingly, the Court **DIRECTED** the parties as follows:

> 1. Plaintiff's counsel shall identify by page and line the deposition transcripts that he intends to present at trial and provide that information to defense counsel.
>
> 2. Defense counsel shall review the identified portions of the deposition transcripts.
>
> 3. The parties shall meet and confer to attempt to resolve any dispute over the reading of the identified portions of deposition transcripts at trial. Should the parties be unable to reach agreement as to the identified portions, the parties shall then contact chambers to schedule a telephone conference with the undersigned. Additionally,

should such a telephone conference be necessary, the parties shall submit to chambers a list of the transcript sections remaining at issue, a concise statement of each party's position as to each such section, as well as copies of the relevant transcript sections.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge